■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM E. BANKS, Appellant. (Appeal No. 1.) [849 NYS2d 869]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered March 29, 2004. The judgment convicted defendant, upon his plea of guilty, of, inter alia, criminal sale of a controlled substance in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM E. BANKS, Appellant. (Appeal No. 2.) [849 NYS2d 869]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered March 29, 2004. The judgment convicted defendant, upon his plea of guilty, of, inter alia, criminal possession of a controlled substance in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.